```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
     v.                              )    No.S1-4:11 CR 400 HEA / DDN
                                     )
STERLING TERRELL CLEGGETT, et al.,   )
                                     )
            Defendants.              )
```

### ORDER SUBSTITUTING COUNSEL AND SETTING HEARING

Following the hearing held on May 1, 2012,

**IT IS HEREBY ORDERED** that the motion of defendant Sterling terrell Cleggett for the replacement of defense counsel (Doc. 278) and the motion of attorney Patrick Kilgore for leave to withdraw from representing defendant Cleggett (Doc. 284) are both sustained.

**IT IS FURTHER ORDERED** that attorney Henry Miller, Jr., is appointed under the Criminal Justice Act to represent defendant Sterling Terrell Cleggett in this action.  A CJA Form 20 will be filed hereafter.

**IT IS FURTHER ORDERED** that a scheduling hearing regarding defendant Sterling Terrell Cleggett is set for **Friday, May 4, 2012, at 10:00 a.m.** The pretrial evidentiary hearing set for May 10, 2012, is vacated only as to matters regarding defendant Cleggett.

**IT IS FURTHER ORDERED** that the evidentiary hearing for May 10, 2012, at 9:00 a.m. remains set for all other pending motions regarding any other defendant in this action.

                                  /S/   David D. Noce
                               **UNITED STATES MAGISTRATE JUDGE**


Signed on May 2, 2012.