To Judge David D, Noce

Ordered filed as pro se, post-hearing brief by defendant Cleggett
Sterling P.
9/11/12

RECEIVED

SEP 11 2012

BY MAIL

Good Afternoon, I Sterling T. Cleggett, am fileing a pro se Post-Hearing Brief on my behalf. My attorney Henry Miller will be submitting a memorandum on my behalf in which he will address all the relevant issues within my case. Due to a minor lack of communication and a dead-line the courts have appointed my attorney and I, I've made a decision to file this Pro Se Post-Hearing Brief. I will be sending my attorney a copy of the Pro Se Post-Hearing Brief to inform him of what I've done. This is not the only brief that is being filed on my behalf, my attorney also will be fileing a memorandum on my behalf befor our dead-line is up. Thank you for takeing time to look into this matter, and I look forward to hearing from you soon, God Bless.

Sincerely,
Sterling Cleggett