UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1- 4:11 CR 400 HEA / DDN |
| ) | |
| STERLING TERRELL CLEGGETT ) | |
| and ) | |
| DEJUAN PETTY, ) | |
| ) | |
| Defendants. ) | |

### ORDER FOR SUPPLEMENTAL HEARING EVIDENCE

After consideration of the record of the pending pretrial motions, the undersigned has determined that the court requires further evidentiary presentation on the following issues: (1) the documents authorizing government acquisition of historical cell site information for (314) 335-9606, regarding the time period surrounding the death of Tonia Parsons; (2) the dates the GPS device was attached to Sterling Terrell Cleggett's truck and removed from another vehicle; and (3) whether DeJuan Petty made any oral statement to the police at the scene of his arrest on November 18, 2010, as opposed to any subsequent statement he made at the police station.

**IT IS HEREBY ORDERED** that the court will receive supplemental hearing evidence from the parties on the issues described above on December 27, 2012 at 10:00 a.m.

**IT IS FURTHER ORDERED** that at the said hearing the court will take up the current status of the pending motions of defendant DeJuan Petty for the substitution of counsel (Docs. 320,335).

/S/   David D. Noce
UNITED STATES MAGISTRATE JUDGE

Signed on December 20, 2012.