UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. S1-4:11CR00400 HEA-DDN ) |
| STERLING TERRELL CLEGGETT, et al., | ) ) |
| Defendant. | ) |

**MOTION TO CONTINUE SUPPLEMENTAL EVIDENTIARY HEARING**

COMES NOW, the United States of America, by and through Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Tiffany G. Becker, Assistant United States Attorney for said District, and states as follows:

On December 20, 2012, the Court set this matter for a supplemental evidentiary hearing on December 27, 2012 to hear additional evidence on three issues.  Counsel for the Government has not been able to reach one of the necessary witnesses for the hearing to confirm his attendance.  In light of the holiday, the witness may be unavailable on the date of the hearing.

Counsel for the Government has spoken to defense counsel for defendants Cleggett and Petty who indicate that they do not oppose a continuance of the hearing to ensure attendance of the necessary witnesses.

WHEREFORE, the Government respectfully moves that the Court continue the supplemental evidentiary hearing to Friday, January 4, 2013 or thereafter at a time convenient for the Court and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney


 *s/ Tiffany G. Becker*
TIFFANY G. BECKER #46314 MO
Assistant United States Attorney
111 S. 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

*s/ Tiffany G. Becker*
TIFFANY G. BECKER #46314 MO
Assistant United States Attorney

2