```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,                )
                                     )
      v.                              ) No. S1 4:11 CR 400 HEA / DDN
                                     )
STERLING TERRELL CLEGGETT,            )
DEJUAN PETTY,                         )
                                     )
            Defendants.               )

### ORDER RESETTING SUPPLEMENTAL HEARING

**IT IS HEREBY ORDERED** that the consent motion of the government to continue the supplemental evidentiary hearing set for December 27, 2012 (Doc. 402) is sustained.  The hearing is reset to **Friday, January 4, 2013, at 10:00 a.m.**


                                    /S/   David D. Noce
                              **UNITED STATES MAGISTRATE JUDGE**


Signed on December 21, 2012.